

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00226-CV

| | | |
|---|---|---|
| DRUE ALLEN HOLLIS, Appellant | § | On Appeal from the 352nd District Court |
| V. | § | of Tarrant County (352-301866-18) |
| PROBATE COURT NO. 1 OF TARRANT COUNTY, PROBATE COURT NO. 2 OF TARRANT COUNTY, TARRANT COUNTY SHERIFF BILL E. WAYBOURN, AND TARRANT COUNTY HOSPITAL DISTRICT D/B/A JPS HEALTH NETWORK, Appellees | § | August 30, 2019 |
| | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM